**FILED**

DEC 1 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| ) Plaintiff, ) | |
| v. ) | 2 o 7 - MJ - 3 8 3   EFB |
| SEALED, ) | |
| ) Defendants. ) | |

SEALING ORDER

Upon Application of the United States of America and good cause having being shown,

IT IS HEREBY ORDERED that the Complaint and arrest warrant in the above-referenced case shall be sealed until the first arrest of a defendant in this case.

DATED: December 11, 2007

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1