**FILED**
December 12, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                          )     Case No. MAG. 07-0383-EFB
            Plaintiff, )
v.                                )     ORDER FOR RELEASE OF
                                          )     PERSON IN CUSTODY
JEAN L. GARCIA, )
            Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JEAN L. GARCIA, Case No. MAG. 07-0383-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_\_    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of $50,000.00.

        _X_    Unsecured Appearance Bond

        \_\_\_    Appearance Bond with 10% Deposit

        \_\_\_    Appearance Bond with Surety

        _X_    (Other) Conditions as stated on the record.

        \_\_\_    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/12/07   at  3:34 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge