```
DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JEAN GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 07-0383 EFB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND TIME FOR PRELIMINARY** |
| v. ) | **EXAMINATION AND EXCLUDE TIME** |
| ) | |
| JEAN GARCIA, ) | |
| ) | Date: December 28, 2007 |
| Defendant. ) | Time: 2:00 p.m. |
| _____) | Judge: Edmund F. Brennan |

It is hereby stipulated and agreed between defendant, Jean Garcia, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for December 28, 2007, may be continued to January 4, 2008 at 2:00 p.m.

Defense counsel and Ms. Garcia have agreed to extend time for the preliminary hearing at the request of the government in light of holiday season scheduling difficulties. The parties agree to extend the time for preliminary examination until January 4, 2008, and agree that good cause exists within the meaning of Federal Rule

1

of Criminal Procedure 5.1(d).  The parties further agree that the time within which indictment must be filed may be extended to January 4, 2008, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  December 20, 2007       /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for JEAN GARCIA


                                McGREGOR W. SCOTT
                                United States Attorney

Dated:  December 20, 2007       /s/ T. Zindel for M. Stegman
                                MATTHEW STEGMAN
                                Assistant U.S. Attorney


**O R D E R**

The preliminary hearing is continued to January 4, 2008, the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated:  December 27, 2007       [signature]
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

2