DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEAN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 07-0383 EFB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| JEAN GARCIA, | ) | |
| Defendant. | ) | Date: January 4, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Gregory G. Hollows |

It is hereby stipulated and agreed between defendant, Jean Garcia, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for January 4, 2008, may be continued to February 4, 2008 at 2:00 p.m.

Ms. Garcia and the government have agreed to extend time for the preliminary hearing in order to determine how best to proceed. The government has provided discovery to defense counsel and the parties wish to explore the possibility of resolving the case without indictment. The parties therefore agree to extend the time

1

for preliminary examination until February 4, 2008, and agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties further agree that the time within which indictment must be filed may be extended to February 4, 2008, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: January 2, 2008    /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for JEAN GARCIA

                                          McGREGOR W. SCOTT
                                          United States Attorney

Dated: January 2, 2008    /s/ T. Zindel for M. Stegman
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

### O R D E R

The preliminary hearing is continued to February 4, 2008, the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated: 1/07/08                      /s/ Gregory G. Hollows
                                          United States Magistrate Judge

garcia383.ord