```
DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JEAN GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 07-0383 EFB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND TIME FOR PRELIMINARY** |
| v. ) | **EXAMINATION AND EXCLUDE TIME** |
| ) | |
| JEAN GARCIA, ) | |
| ) | Date: February 4, 2008 |
| Defendant. ) | Time: 2:00 p.m. |
| _____ ) | Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed between defendant, Jean Garcia, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for February 4, 2008, may be continued to March 3, 2008 at 2:00 p.m.

Ms. Garcia and the government have agreed to extend time for the preliminary hearing in order to determine how best to proceed. The government has provided discovery to defense counsel and the parties wish to explore the possibility of resolving the case without indictment. The parties therefore agree to extend the time

for preliminary examination until March 3, 2008, and agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d).  The parties further agree that the time within which indictment must be filed may be extended to March 3, 2008, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  January 31, 2008         /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JEAN GARCIA


                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated:  January 31, 2008         /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney


**O R D E R**

The preliminary hearing is continued to March 3, 2008, the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

   IT IS SO ORDERED.

Dated: February 1, 2008.

_____
U.S. MAGISTRATE JUDGE