DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEAN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEAN GARCIA,<br><br>　　　　Defendant. | Mag. No. 07-0383 EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME**<br><br>Date:　March 3, 2008<br>Time:　2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

　　It is hereby stipulated and agreed between defendant, Jean Garcia, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for March 3, 2008, may be continued to March 19, 2008 at 2:00 p.m.

　　Ms. Garcia and the government have agreed to extend time for the preliminary hearing in order to determine how best to proceed. The government has provided discovery to defense counsel and the parties continue to explore the possibility of resolving the case without indictment.  The parties therefore agree to extend the time for preliminary examination until March 19, 2008, and agree that good cause exists within the meaning of Federal Rule of Criminal

1

Procedure 5.1(d). The parties further agree that the time within which indictment must be filed may be extended to March 19, 2008, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: February 28, 2008       /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JEAN GARCIA

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: February 28, 2008       /s/ T. Zindel for M. Stegman
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney

## **O R D E R**

The preliminary hearing is continued to March 19, 2008 at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated: February 28, 2008

*/signature/*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE