```
DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEAN GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 07-0383 EFB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| JEAN GARCIA, | ) | |
| Defendant. | ) | Date: March 19, 2008<br>Time: 2:00 p.m.<br>Judge: Edmund F. Brennan |

It is hereby stipulated and agreed between defendant, Jean Garcia, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for March 19, 2008, may be continued to April 30, 2008 at 2:00 p.m.

The government has provided discovery to defense counsel and the parties continue to explore the possibility of resolving the case without indictment. Ms. Garcia and the government have agreed to extend time for the preliminary hearing in order to determine the best manner in which to proceed. The parties therefore agree to extend the time for preliminary examination until April 30, 2008, and agree that good cause exists within the meaning of

Federal Rule of Criminal Procedure 5.1(d).  The parties further agree that the time within which indictment must be filed may be extended to April 30, 2008, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  March 18, 2008      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JEAN GARCIA

McGREGOR W. SCOTT
United States Attorney

Dated:  March 18, 2008      /s/ T. Zindel for M. Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to April 30, 2008 at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated:  March_18, 2008

_____
EDMUND F. BRENNAN
United States Magistrate Judge