```
DANIEL J. BRODERICK, BAR #89424
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEAN GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. MAG-07-0383 EFB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| JEAN GARCIA, | ) | |
| Defendant. | ) | Date: April 30, 2008<br>Time: 2:00 p.m. |

It is hereby stipulated and agreed between defendant, Jean Garcia, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for April 30, 2008, may be continued to June 11, 2008 at 2:00 p.m.

All the parties continue to explore the possibility of resolving the case without indictment. Ms. Garcia and the government have agreed to extend time for the preliminary hearing in order to determine the best manner in which to proceed. The parties therefore agree to extend the time for preliminary examination until June 11, 2008, and agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties further agree that the time within which indictment

must be filed may be extended to June 11, 2008, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: April 28, 2008        /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for JEAN GARCIA


                                          McGREGOR W. SCOTT
                                          United States Attorney

Dated: April 28, 2008        /s/ T. Zindel for M. Stegman
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

## O R D E R

The preliminary hearing is continued to June 11, 2008 at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

DATED: April 29, 2008.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/garcia0383.ord