```
 1  DANIEL J. BRODERICK, BAR #89424
    Federal Defender
 2  TIMOTHY ZINDEL, BAR #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JEAN GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. MAG-07-0383 EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **EXTEND TIME FOR PRELIMINARY** |
| | ) | **EXAMINATION AND EXCLUDE TIME** |
| JEAN GARCIA, | ) | |
| | ) | Date: June 11, 2008 |
| Defendant. | ) | Time: 2:00 p.m. |
| _____ | ) | Judge: Kimberly J. Mueller |

It is hereby stipulated and agreed between defendant, JEAN GARCIA, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for June 11, 2008, may be continued to July 9, 2008 at 2:00 p.m.

The parties continue to explore the possibility of resolving the complaint without an indictment; to that end, the defense continues to collect factual and other information it wishes to present to the government in connection with those discussions.

Ms. Garcia and the government have agreed to extend time for the preliminary hearing in order to determine the best manner in which to proceed. The parties therefore agree to extend the time for preliminary examination until July 9, 2008, and agree that good

1

cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties further agree that the time within which indictment must be filed may be extended to July 9, 2008, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  June 10, 2008          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JEAN GARCIA


                               McGREGOR W. SCOTT
                               United States Attorney


Dated:  June 10, 2008          /s/ T. Zindel for M. Stegman
                               MATTHEW STEGMAN
                               Assistant U.S. Attorney


**O R D E R**

The preliminary hearing is continued to July 9, 2008 at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated:  June 11, 2008.

_____
U.S. MAGISTRATE JUDGE