```
DANIEL J. BRODERICK, BAR #89424
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEAN GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEAN GARCIA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. MAG-07-0383 EFB <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** <br><br> Date:  July 9, 2008 <br> Time:  2:00 p.m. <br> Judge: Edmund F. Brennan |

It is hereby stipulated and agreed between defendant, JEAN GARCIA, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for July 9, 2008, may be continued to July 23, 2008 at 2:00 p.m.

The parties continue to explore the possibility of resolving the complaint without an indictment; to that end, the defense continues to collect factual and other information it wishes to present to the government in connection with those discussions.

Ms. Garcia and the government have agreed to extend time for the preliminary hearing in order to determine the best manner in which to proceed. The parties therefore agree to extend the time for preliminary examination until July 23, 2008, and agree that

good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties further agree that the time within which indictment must be filed may be extended to July 23, 2008, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                              Respectfully Submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

Dated: July 3, 2008        /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for JEAN GARCIA

                                              McGREGOR W. SCOTT
                                              United States Attorney

Dated: July 3, 2008        /s/ T. Zindel for M. Stegman
                                              MATTHEW STEGMAN
                                              Assistant U.S. Attorney

**O R D E R**

    The preliminary hearing is continued to July 23, 2008 at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

    IT IS SO ORDERED.

Dated: July 7, 2008

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE