```
 1  DANIEL J. BRODERICK, BAR #89424
    Federal Defender
 2  TIMOTHY ZINDEL, BAR #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JEAN GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-mj-00383-EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **EXTEND TIME FOR PRELIMINARY** |
| | ) | **EXAMINATION AND EXCLUDE TIME** |
| JEAN GARCIA, | ) | |
| | ) | Date: September 17, 2008 |
| Defendant. | ) | Time: 2:00 p.m. |
| _____ | ) | Judge: Gregory G. Hollows |

IT IS HEREBY STIPULATED AND AGREED between defendant, JEAN GARCIA, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for September 17, 2008, may be continued to October 22, 2008 at 2:00 p.m.

Following several discussions, the parties have decided to continue exploring possibilities for resolving the complaint without an indictment. Counsel for Ms. Garcia continues collecting factual and other information it wishes to present to the government in connection with those discussions.

Ms. Garcia and the government have agreed to extend time for the preliminary hearing in order to determine the best manner in which to proceed. The parties therefore agree to extend the time

1

for preliminary examination until October 22, 2008, and agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties further agree that the time within which indictment must be filed may be extended to October 22, 2008, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                       Respectfully Submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

Dated: September 16, 2008      /s/ T. Zindel
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for JEAN GARCIA

                                       McGREGOR W. SCOTT
                                       United States Attorney

Dated: September 16, 2008      /s/ T. Zindel for M. Stegman
                                       MATTHEW STEGMAN
                                       Assistant U.S. Attorney

## O R D E R

    The preliminary hearing is continued to October 22, 2008 at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

    IT IS SO ORDERED.

Dated: 09/17/08                      /s/ Gregory G. Hollows

                                       United States Magistrate Judge

garcia383.ord-2