DANIEL J. BRODERICK, BAR #89424
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEAN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-mj-00383-EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **EXTEND TIME FOR PRELIMINARY** |
| | ) | **EXAMINATION AND EXCLUDE TIME** |
| JEAN GARCIA, | ) | |
| | ) | Date: October 22, 2008 |
| Defendant. | ) | Time: 2:00 p.m. |
| _____ | ) | Judge: Edmund F. Brennan |

IT IS HEREBY STIPULATED AND AGREED between defendant, JEAN GARCIA, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for October 22, 2008, may be continued to November 26, 2008 at 2:00 p.m.

Following several discussions, the parties have decided to continue exploring possibilities for resolving the complaint without an indictment. Counsel for Ms. Garcia continues collecting factual and other information it wishes to present to the government in connection with those discussions.

Ms. Garcia and the government have agreed to extend time for the preliminary hearing in order to determine the best manner in which to proceed. The parties therefore agree to extend the time

for preliminary examination until November 26, 2008, and agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d).  The parties further agree that the time within which indictment must be filed may be extended to November 26, 2008, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   October 21, 2008        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JEAN GARCIA

McGREGOR W. SCOTT
United States Attorney

Dated:   October 21, 2008        /s/ T. Zindel for M. Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to November 26, 2008 at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated:   October 21, 2008

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2