```
 1  DANIEL J. BRODERICK, BAR #89424
    Federal Defender
 2  TIMOTHY ZINDEL, BAR #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JEAN GARCIA
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-mj-00383 EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **EXTEND TIME FOR PRELIMINARY** |
| | ) | **EXAMINATION AND EXCLUDE TIME** |
| JEAN GARCIA, | ) | |
| | ) | Date: November 26, 2008 |
| Defendant. | ) | Time: 11:00 a.m. |
| _____ | ) | Judge: Dale A. Drozd |

IT IS HEREBY STIPULATED AND AGREED between defendant, JEAN GARCIA, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for November 26, 2008, may be continued to January 14, 2009 at 2:00 p.m.

Following several discussions, the parties have decided to continue exploring possibilities for resolving the complaint without an indictment. Counsel for Ms. Garcia continues collecting factual and other information it wishes to present to the government in connection with those discussions.

Ms. Garcia and the government have agreed to extend time for the preliminary hearing in order to determine the best manner in which to proceed. The parties therefore agree to extend the time

1

PDF created with pdfFactory trial version www.pdffactory.com

1  for preliminary examination until January 14, 2009, and agree that
2  good cause exists within the meaning of Federal Rule of Criminal
3  Procedure 5.1(d).  The parties further agree that the time within
4  which indictment must be filed may be extended to January 14, 2009,
5  and that time under the Speedy Trial Act may be excluded to that
6  date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford
7  both parties reasonable time to prepare.

                                     Respectfully Submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

Dated:   November 20, 2008           /s/ T. Zindel
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for JEAN GARCIA


                                     McGREGOR W. SCOTT
                                     United States Attorney


Dated:   November 20, 2008           /s/ T. Zindel for M. Stegman
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney


                              **O R D E R**

    The preliminary hearing is continued to January 14, 2009 at
2:00 p.m., the Court finding good cause, and time is excluded as
set forth above and for the reasons set forth above.
    IT IS SO ORDERED.
DATED: November 20, 2008.

                                     _____
                                     DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/garcia0383.stipord

2

PDF created with pdfFactory trial version www.pdffactory.com