DANIEL J. BRODERICK, BAR #89424
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEAN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-MJ-00383 DAD | |
| Plaintiff, ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** | |
| v. ) | | |
| JEAN GARCIA, ) | | |
| Defendant. ) | Date: January 14, 2009<br>Time: 2:00 p.m.<br>Judge: Hon. Dale A. Drozd | |

IT IS HEREBY STIPULATED AND AGREED between defendant, JEAN GARCIA, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for January 14, may be continued to February 19, 2009, at 2:00 p.m.

The parties continue to explore resolving the complaint without an indictment being issued, and the government seeks time to resolve a number of issues raised by defense counsel. Ms. Garcia and the government have therefore agreed to extend time for the preliminary hearing until February 19, 2009, and further agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties also agree that the time within which indictment must be filed may be extended to February

1

19, 2009, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   January 13, 2009        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for JEAN GARCIA


                                 LAWRENCE G. BROWN
                                 Acting United States Attorney


Dated:   January 13, 2009        /s/ T. Zindel for M. Stegman
                                 MATTHEW STEGMAN
                                 Assistant U.S. Attorney

## **O R D E R**

The preliminary hearing is continued to February 19, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

DATED: February 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/garcia0383.stipord(3)