DANIEL J. BRODERICK, BAR #89424
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEAN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEAN GARCIA,<br><br>　　　　Defendant. | No. 2:07-MJ-00383 DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME**<br><br>Date: February 19, 2009<br>Time: 2:00 p.m.<br>Judge: Hon. Dale A. Drozd |

　　IT IS HEREBY STIPULATED AND AGREED between defendant, JEAN GARCIA, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for February 19 may be continued to April 17, 2009, at 2:00 p.m.

　　The parties continue to explore resolving the complaint without an indictment being issued; government has asked defense counsel to submit additional information on his current proposal. Counsel for Ms. Garcia is presently preparing for trial in a complex case and will not be able to provide the requested information until April, when the trial is expected to end. The parties have therefore agreed to extend time for the preliminary hearing until April 17, 2009, and further agree that good cause

1

exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties also agree that the time within which indictment must be filed may be extended to April 17, 2009, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: February 17, 2009    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JEAN GARCIA


                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: February 17, 2009    /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney


## O R D E R

    The preliminary hearing is continued to April 17, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

    IT IS SO ORDERED.

DATED: February 18, 2009.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/garcia0383.stipord(4)