DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEAN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. 2:07-MJ-0383 EFB
)
    Plaintiff, )
) **STIPULATION AND ORDER**
  v. ) **MODIFYING RELEASE CONDITIONS**
)
JEAN GARCIA, )
) Judge: Hon. Edmund F. Brennan
    Defendant. )
_____)

It is hereby stipulated and agreed between defendant, Jean Garcia, and plaintiff, United States of America, through their attorneys, that Ms. Garcia's conditions of pretrial release may be modified to authorize her to travel within the Eastern and Northern Districts of California without advance permission of her Pretrial Services Officer.

Ms. Garcia was ordered released on December 17, 2007, on conditions including an unsecured bond and supervision by Pretrial Services. The court restricted her travel to the Eastern District of California absent advance approval from Pretrial Services. Ms.

1

Garcia frequently visits family in the Northern District. Her Pretrial Services Officer, Darryl Walker, advised the parties yesterday that he does not oppose her request to be able to travel to the Northern District without his advance approval, hence this request.

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: March 4, 2009        /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JEAN GARCIA


                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

Dated: March 4, 2009        /s/ T. Zindel for M. Stegman
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney


## **O R D E R**

Defendant's pretrial release conditions are hereby modified to permit travel within the Eastern and Northern Districts of California without advance approval of Pretrial Services. All other conditions, including those concerning travel outside of the Eastern and Northern Districts, remain in effect.

IT IS SO ORDERED.

Dated: March 5, 2009          /s/ Gregory G. Hollows
                                        United States Magistrate Judge

garcia383.rel