```
 1  DANIEL J. BRODERICK, BAR #89424
    Federal Defender
 2  TIMOTHY ZINDEL, BAR #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JEAN GARCIA
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   No. 2:07-MJ-00383 DAD
                                   )
12              Plaintiff,         )   **STIPULATION AND ORDER TO**
                                   )   **EXTEND TIME FOR PRELIMINARY**
13      v.                         )   **EXAMINATION AND EXCLUDE TIME**
                                   )
14  JEAN GARCIA,                   )
                                   )   Date:  April 17, 2009
15              Defendant.         )   Time:  2:00 p.m.
    _____    )   Judge: Hon. Dale A. Drozd
16
```

IT IS HEREBY STIPULATED AND AGREED between defendant, JEAN GARCIA, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for April 17, 2009, may be continued to June 15, 2009, at 2:00 p.m.

The parties continue to explore resolving the complaint without an indictment being issued, and the government seeks time to resolve a number of issues raised by defense counsel. Ms. Garcia and the government have therefore agreed to extend time for the preliminary hearing until June 15, 2009, and further agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties also agree that the time within which indictment must be filed may be extended to June 15, 2009,

1

and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                                Respectfully Submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

Dated: April 15, 2009        /s/ T. Zindel
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for JEAN GARCIA


                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

Dated: April 15, 2009        /s/ T. Zindel for M. Stegman
                                                MATTHEW STEGMAN
                                                Assistant U.S. Attorney

## O R D E R

The preliminary hearing is continued to June 15, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

DATED: April 15, 2009.

                                                /s/ Dale A. Drozd
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/garcia0383.stipord(2)