1  DANIEL J. BRODERICK, BAR #89424
   Federal Defender
2  TIMOTHY ZINDEL, BAR #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JEAN GARCIA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   No. 2:07-MJ-00383 EFB
                                 )
12           Plaintiff,          )   **STIPULATION AND ORDER TO**
                                 )   **EXTEND TIME FOR PRELIMINARY**
13      v.                       )   **EXAMINATION AND EXCLUDE TIME**
                                 )
14 JEAN GARCIA,                  )
                                 )   Date: June 15, 2009
15           Defendant.          )   Time: 2:00 p.m.
   _____ )   Judge: Hon. Edmund F. Brennan
16

17      IT IS HEREBY STIPULATED AND AGREED between defendant, JEAN
18 GARCIA, and plaintiff, United States of America, by and through
19 their attorneys, that the preliminary hearing set for June 15,
20 2009, may be continued to July 15, 2009, at 2:00 p.m.

21      The parties continue to explore resolving the complaint
22 without an indictment being issued, and the government seeks time
23 to resolve a number of issues raised by defense counsel.  Ms.
24 Garcia and the government have therefore agreed to extend time for
25 the preliminary hearing until July 15, 2009, and further agree that
26 good cause exists within the meaning of Federal Rule of Criminal
27 Procedure 5.1(d).  The parties also agree that the time within
28 which indictment must be filed may be extended to July 15, 2009,

                                1

and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: June 11, 2009       /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JEAN GARCIA

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

Dated: June 11, 2009       /s/ T. Zindel for M. Stegman
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney

## O R D E R

The preliminary hearing is continued to July 15, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated: June 11, 2009

                                      U.S. MAGISTRATE JUDGE