DANIEL J. BRODERICK, BAR #89424
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEAN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-MJ-00383 EFB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| JEAN GARCIA, | ) | |
| Defendant. | ) | Date: July 15, 2009<br>Time: 2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED AND AGREED between defendant, JEAN GARCIA, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for July 15, 2009, may be continued to August 24, 2009, at 2:00 p.m.

Last week, the defense provided to the government information the defense believes demonstrates Ms. Garcia's innocence of the charges contained in the indictment. Government counsel has forwarded the information to the case agent and has requested additional time to review the information.

Both parties continue to explore resolving the complaint without indictment. Ms. Garcia and the government have therefore

agreed to extend time for the preliminary hearing until August 24, 2009, and further agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d).  The parties also agree that the time within which indictment must be filed may be extended to August 24, 2009, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated:  July 10, 2009        /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JEAN GARCIA


                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

Dated:  July 10, 2009        /s/ T. Zindel for M. Stegman
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney


**O R D E R**

    The preliminary hearing is continued to August 24, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

    IT IS SO ORDERED.

Dated:  July 14, 2009                                  
                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE