```
 1  DANIEL J. BRODERICK, BAR #89424
    Federal Defender
 2  TIMOTHY ZINDEL, BAR #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    JEAN GARCIA
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-MJ-00383 DAD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| JEAN GARCIA, | ) | Date: August 24, 2009 |
| Defendant. | ) | Time: 2:00 p.m. |
| _____ | ) | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED AND AGREED between defendant, JEAN GARCIA, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for August 24, 2009, may be continued to September 14, 2009, at 2:00 p.m.

Counsel for the parties met within the past two weeks to discuss resolving the complaint and defense counsel today forward additional documentary information to the government. Additional time is needed to review that material. Accordingly, Ms. Garcia and the government have agreed to extend time for the preliminary hearing until September 14, 2009, and further agree that good cause

1

exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties also agree that the time within which indictment must be filed may be extended to September 14, 2009, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                    Respectfully Submitted,

                    DANIEL J. BRODERICK
                    Federal Defender

Dated: August 29, 2009   /s/ T. Zindel
                    TIMOTHY ZINDEL
                    Assistant Federal Defender
                    Attorney for JEAN GARCIA

                    LAWRENCE G. BROWN
                    United States Attorney

Dated: August 19, 2009   /s/ T. Zindel for M. Stegman
                    MATTHEW STEGMAN
                    Assistant U.S. Attorney

## O R D E R

The preliminary hearing is continued to September 14, 2009, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

DATED: August 20, 2009.

                    /s/ Dale A. Drozd
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/garcia0383.stiporder