DANIEL J. BRODERICK, BAR #89424
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JEAN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-MJ-00383 |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **EXTEND TIME FOR PRELIMINARY** |
| v. | ) | **EXAMINATION AND EXCLUDE TIME** |
| | ) | |
| JEAN GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED AND AGREED between defendant, JEAN GARCIA, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for September 14, 2009, may be continued to October 1, 2010, at 2:00 p.m.

    Counsel for the government has advised Ms. Garcia that it has decided to defer prosecution pursuant to procedures set forth in the U.S. Attorney's Manual. The appropriate paperwork has yet to be completed and the parties contemplate a review by Pretrial Services. The parties expect the diversion period to last 12 months. Accordingly, the parties agree to extend time for the preliminary hearing until October 8, 2010, and further agree that

1

good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d), in light of the deferred prosecution agreement.

The parties also agree that the time within which indictment must be filed may be extended to October 8, 2010, and that time under the Speedy Trial Act may be excluded to that date, pursuant to 18 U.S.C. § 3161(h)(2).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 11, 2009    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JEAN GARCIA

LAWRENCE G. BROWN
United States Attorney

Dated: September 11, 2009    /s/ T. Zindel for M. Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to October 8, 2010, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated: September 14, 2009        /s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

garcia383-2.ord

2