DANIEL J. BRODERICK, BAR #89424
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEAN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-MJ-00383 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| JEAN GARCIA, | ) | |
| Defendant. | ) | Date: October 8, 2010<br>Time: 2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED AND AGREED between defendant, JEAN GARCIA, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for October 8, 2009, may be continued to November 22, 2010, at 2:00 p.m.

Ms. Garcia and the government executed a one-year deferred prosecution agreement in November 2009. The period of the deferral ends no later than November 18, 2010. Assuming the period passes without incident, the government will move to dismiss the underlying complaint prior to the November 22 status conference. Accordingly, the parties agree to extend time for the preliminary

1

hearing until November 22, 2010, and further agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d), in light of the deferred prosecution agreement. The parties also agree that the time within which indictment must be filed may be extended to November 22, 2010, and that time under the Speedy Trial Act may be excluded to that date pursuant to 18 U.S.C. § 3161(h)(2).

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
Federal Defender

Dated: October 5, 2010    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JEAN GARCIA

                                      BENJAMIN B. WAGNER
United States Attorney

Dated: October 5, 2010    /s/ T. Zindel for M. Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney

## O R D E R

The preliminary hearing is continued to November 22, 2010, at 2:00 p.m., the Court finding good cause, and time is excluded as set forth above and for the reasons set forth above.

IT IS SO ORDERED.

Dated: October 6, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE