```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2973
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>      v.                         )<br>                                 )<br> JEAN L. GARCIA,                 )<br>                                 )<br>           Defendant.            )<br> _____) | 2:07-MJ-00383 EFB<br><br>MOTION TO DISMISS COMPLAINT |

　　　Plaintiff United States of America, by and through its undersigned counsel, pursuant to Fed. R. Crim. P. 48(a), moves to dismiss the complaint filed against defendant JEAN L. GARCIA on December 11, 2007.  On November 18, 2009, the defendant began a 12 month period of deferred prosecution/pretrial diversion.  The defendant has completed the deferred prosecution conditions.

///
///
///
///
///
///

Accordingly, the government moves to dismiss all charges against JEAN L. GARCIA in the pending information.

DATED: November 19, 2010
            BENJAMIN B. WAGNER
            United States Attorney

          By: /s/ Matthew C. Stegman
            MATTHEW C. STEGMAN
            Assistant U.S. Attorney

## ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that all charges against JEAN L. GARCIA in the pending complaint filed on November 18, 2009, be hereby DISMISSED.

IT IS SO ORDERED.

DATED: November 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE