DANIEL J. BRODERICK, BAR #89424
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEAN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEAN GARCIA, )<br>)<br>Defendant. )<br>_____ ) | No. 2:07-MJ-00383<br><br>**STIPULATION AND ORDER<br>RE RETURN OF PASSPORT**<br><br>Judge: Hon. Edmund F. Brennan |

    IT IS HEREBY STIPULATED AND AGREED between defendant, Jean Garcia, and plaintiff, United States of America, by and through their attorneys, that the Clerk of the Court shall release Ms. Garcia's passport (posted as a condition of pretrial release) to the Office of the Federal Defender, Atten: T. Zindel, so that it may be returned to Ms. Garcia.

    On November 22, 2010, the Court filed an order dismissing all charges in the above-captioned complaint against Ms. Garcia, leaving her without further obligation to appear. The Clerk's Office thereafter notified defense counsel that it has Ms. Garcia's

1

passport but cannot return it without a formal order.  The parties agree that such an order should be issued.

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated:   November 30, 2010      /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for JEAN GARCIA

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated:   November 30, 2010      /s/ T. Zindel for M. Stegman
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

## O R D E R

The Clerk shall forthwith release Ms. Garcia's passport to the Office of the Federal Defender, Attn: T. Zindel, so that it may be returned to Ms. Garcia.

IT IS SO ORDERED.

Dated:  November 30, 2010.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE